# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

In Re:  
Amy Michele Tolliver   xxx–xx–9831

Case Number: 3:18–bk–31730–SHB  
Chapter: 7

   Debtor(s)

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held on 1/10/19 , at 09:00 AM, in Courtroom 1C, Howard H. Baker Jr. U.S. Courthouse, 800 Market Street, Knoxville, TN 37902 on the following:

*41* – Objection to Claim 4 by Claimant U.S. Bank Trust, N.A. for LSF10 Master Participation Trust. Filed by Ryan E. Jarrard on behalf of Trustee Michael H. Fitzpatrick. Objections due by 12/17/2018. (Attachments: # 1 Affidavit # 2 Proposed Order)(Jarrard, Ryan)

*45* – Response To Michael H. Fitzpatrick, Trustee Objection To Claim #4 Of U.S. Bank Trust, N.A. as Trustee for LSF10 Master Participation Filed by Joel W. Giddens on behalf of Creditor Caliber Home Loans, Inc. as servicer for U.S. Bank, Trust, N.A., as Trustee for LSF10 Master Participation Trust (RE: related document(s)41 Objection to Claim). (Giddens, Joel)

**Pursuant to the local rules of court, specifically E.D. Tenn. LBR 9013–1(f)(4), the moving party and any objecting party are required to attend this hearing. If the moving party or objecting party fails to attend this hearing and the absence has not been excused by the court, the court may conclude that the absent party no longer desires to pursue its motion or objection and at the hearing summarily deny the motion or overrule the objection based on that conclusion. Similarly, the court may deem the failure of any other noticed party to attend the scheduled hearing as a lack of opposition to the granting of the relief requested in the motion.**

Dated: 12/17/18

William T. Magill  
Clerk of the Bankruptcy Court

By:  hhc  
Deputy Clerk